(Del. Rev. 12/98)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG -7 PM 3:38

Robin Lynn Fox
P.O. Box 231 Conowingo, MD 21918
(Name of Plaintiff or Plaintiffs)

v.                                    CIVIL ACTION No. 06- 488

MBNA America Bank
Wilmington, Delaware 19884
(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII
## OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at 30 Pinder Ave
(Street Address)
Elkton       Cecil       MD       21921
(City)       (County)    (State)  (Zip Code)
443-309-6058
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at MBNA America 1100 King St
(Street Address)
Wilmington       DE       19884
(City)           (State)  (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's MBNA America place of bussiness
(Defendant's Name)
located at CCIII / Statement Services
(Street Address)
Christiana       DE
(City)           (State)

5.  The alleged discriminatory acts occurred on _____ (Day), _August_ (Month), _2004_ (Year).

6.  The alleged discriminatory practice  ○ is  ● is not  continuing.

7.  Plaintiff filed charges with the Department of Labor of the State of Delaware,

_Unemployment_ (Agency)  _P.O. Box 9952_ (Street Address)  _____ (City)

_Wilmington_ (County)  _DE_ (State)  _19809-0952_ (Zip Code) , regarding

defendant's alleged discriminatory conduct on _____ (Day), _August_ (Month), _2004_ (Year).

_& won on 11-04_

8.  Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: _____ (Day), _____ (Month), _2004_ (Year).

_21 South 5th Street Suite 400_
_Philadphia, PA 19106-2515_            _SSN# 0005_

9.  The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: _____ (Day), _____ (Month), _____ (Year).

_Pending - waiting on Letter_

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.  The alleged discriminatory acts, in this suit, concern:

   A.  ○  Failure to employ plaintiff.

   B.  ●  Termination of plaintiff's employment.

   C.  ○  Failure to promote plaintiff.

   D.  ○  Other acts (please specify below)

_____

_____

_____

_____

_____

11. Defendant's conduct is discriminatory with respect to the following:
    A. ○ Plaintiff's race
    B. ○ Plaintiff's color
    C. ○ Plaintiff's sex
    D. ○ Plaintiff's religion
    E. ○ Plaintiff's national origin

    PTSD
    Post Traumic Stress Disorder
    Mental Illness

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

***THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))***

   A. ● That all fees, cost or security attendant to this litigation be hereby waived.
   B. ● That the Court appoint legal counsel.
   C. ● That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 8-7-06

Robin Lynn Fox
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

attached Statement and documents

8-7-06

I'am filling this compliant against MBNA, for wrongfull terminating me.

I was on short-Term leave in my 5th month, pay was stopped with no warning. I was told I abondoned my job and to go to unemployment, when I did MBNA tried to say I was on unpaid leave. (Short-Term Disability Guidelines states you have 26 weeks. Also MBNA Policy #216 states you have 6 months job is secure + paid durning placement.) I proved them wrong and won the unemployment case.

I was hired on August 9, 1999. One paper from them (MBNA) states employment ends on 8-10-2004, because of no contact. My doctor (Oscar Galvis) faxed paperwork to MBNA on 7-13-04 to Betsy Sullivan RN (MBNA). Another paper states I was to return to work on 8-12-04. I went on short-term leave on 3-4-04. The other paper states I was to return on 8-1-04.

I would like to know who took it apond themselves to choose these dates - regardless of my medical doucemention. I have all dated doucements to support these dates. Attached Robin L. Fox

I would Like A Jury trial

Robin L. Fox
ID # 73383



MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930

October 23, 2000

To Whom It May Concern:

Robin Fox began her employment with MBNA Hallmark Information Services on August 9, 1999. She is currently working full time in our Statement Services department as an Audit Clerk. Her current salary is $21,852.48.

Should you require any additional information, please contact me at (302) 457-4493.

Sincerely,

*Susan Hines*

Susan Hines
Personnel Generalist

```
        *********************
        ***  TX REPORT   ***
        *********************

TRANSMISSION OK

JOB NO.              2519
DESTINATION ADDRESS  4573266
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             07/13 13:26
USAGE T              00'18
PGS.                 2
RESULT               OK
```

# CHRISTIANA COUNSELING & PSYCHIATRIC ASSOCIATES

*Serving the Community Since 1986*     Phone (302) 995-1680 • Fax (302) 995-1790

## FAX COVER SHEET

TO: Betsy Sullivan, RN

FROM: Dr. Galvis

DATE: 7/13/04

SUBJECT: Robin Fox

**EXHIBIT** Clwtt 2A
Attached to B+L

REMARKS:

Please see "attached" information

FAX NUMBER: 457-3266

TOTAL NUMBER OF PAGES (INCLUDING COVER) 2

**IF YOU DO NOT RECEIVE THE CORRECT NUMBER OF PAGES, PLEASE CONTACT _____ AT _____

OSCAR E, GACUS, M

# AUTHORIZATION FOR ABSENCE

CHRISTIANA COUNSELING & PSYCHIATRIC ASSOCIATES
WOODMILL CORPORATE CENTER
5235 W. WOODMILL DR., STE. 47
WILMINGTON, DE 19808
TELEPHONE (302) 995-1680

Date  7/7/04

This is to certify that

ROBIN FOX

is under my care. Effective today, I have advised him/her to discontinue work/school for medical reasons. This restriction will remain in effect until further notice.

Dr. 



www.MBNA.com

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930

August 10, 2004

Robin Fox
P. O. Box 231
Conowingo, MD 21918

Dear Ms. Fox:

*[handwritten margin note: "Where did this Date come from?"]*

We have not heard from you since June 21, 2004. Our records indicate that you were scheduled to return to work on August 1, 2004, but did not report to work or contact your manager, as required by MBNA policy. We attempted to contact you on August 3, 2004 and August 4, 2004.

Under MBNA Policy, people who are absent from work and do not contact their manager for two or more consecutive scheduled workdays are considered to have abandoned their job. At this point, we can only assume that you no longer wish to continue your employment with MBNA. Therefore, your employment is considered to have ended effective August 10, 2004.

On your first day of employment with MBNA, you signed a confidentiality agreement. This statement affirmed your commitment to maintain the confidentiality of MBNA information relating to Customers, personnel, endorsing organizations, marketing and operating agreements, business practices, and other proprietary and sensitive company information. This commitment is legally binding and forever continues beyond the end of your employment with MBNA. Breach of this agreement may result in legal action against you. Should you have any questions about your obligations, please contact the MBNA Ethics Advisor at (302) 432-8442.

Please call me at (302) 432-3752 with any questions.

Sincerely,

*Patty McKeown*

Patty McKeown
Divisional Director

EXHIBIT
Q #3

**Prudential Financial**

Nicole Dauchert
Senior Claims Examiner

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5679
Fax: (877) 889-4885
Hours: 07:15 AM 03:20 PM

September 29, 2004

Robin Fox
Po Box 231
Conowingo, MD 21918

Claimant: Robin Fox
Control #/Br: 24923 / 0DE2A
Claim #: 10685796
Date of Birth: 01/20/1963

|..|.|..|||.|....|||..|.|.|.|

Dear Ms. Fox:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Policy #24923 issued to Mbna Corporation, Inc..

In order to receive benefits under Group Policy #24923, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are disabled when Prudential determines that:

- you are unable to perform the material and substantial duties of your regular occupation due to your sickness or injury; and
- you have a 20% or more loss in your indexed monthly earnings due to that sickness or injury.

After 36 months of payments, you are disabled when Prudential determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by doctors, other medical practitioners or vocational experts of our choice. Prudential will pay for these examinations. We can require examinations as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Prudential Representative. Refusal to be examined or interviewed may result in denial or termination of your claim."

In addition, to be eligible to receive benefits under the Group LTD Policy, an employee must meet the Policy's Elimination Period which is defined below.

**Elimination Period**:

For each period of Total Disability due to Sickness or accidental Injury, a period extending from the start of the period of Total Disability to the earlier of (a) and (b):



EXHIBIT

(a) The end of the first 26 weeks of continuous Total Disability.

(b) The date, during that continuous Total Disability, on which you exhaust your maximum benefits for a period of disability under the "Basic Loss of Time Coverage".

"Basic Loss of Time Coverage" means a plan of periodic loss of time disability benefits under or by reason of: (1) any program (other than this coverage), whether insured of uninsured, where the Employer, directly or indirectly, has paid all or part of the cost or made payroll deductions; or (2) any disability benefits law or similar law.

The information in your file indicates that your last day at work was March 3, 2004. Therefore, the elimination period would be from March 4, 2004 to August 30, 2004.

**"Material and substantial duties** means duties that :

- are normally required for the performance of your regular occupation; and

- cannot be reasonably omitted or modified

"**Regular occupation** means the occupation you are routinely performing when your disability begins. Prudential will look at your occupation as it is normally performed instead of how the work tasks are performed for a specific employer or at a specific location.

The information in file indicates that you ceased working on March 4, 2004 as a Audit Clerk due to Posttraumatic Stress Syndrome. In order to obtain a clearer understanding of your condition medical records were requested from Dr. Galvis.

[handwritten left margin: I was living someone's Floor, State + Churches (Food)]

[handwritten: at work]

The medical record indicate that you went out of work due to personal stressors. You coordinated the purchasing of a trailer after a house fire in January of 2004. You coordinated a fund raiser to obtain money for a new house. You also arranged for your children to have counseling, and you appeared to have recovered from a physical abuse incident in May of 2004. You also investigated avenues for funding to help your financial situation, and you were expected to return to work on August 12, 2004, but your employment was terminated. You have obtained legal counsel to file a lawsuit against employer your employer.

[handwritten right margin: NO, MBNA D.O. wrong]

Office visit notes from your psychiatrist and therapist do not appear to show documentation of a cognitive impairment, psychotic thinking, suicidal ideations, and there was no indication of vegetative symptoms during your elimination period would have prevented you from returning to work. You did receive medication changes, but the changes in and of themselves do not reflect an impairment. You did not discuss step-father's abusive behavior beyond office visit notes from June of 2004. Your resourcefulness and ability to cope under significant stressors shows you would be able to return to work during the elimination period. Therapist has indicated therapy will continue for financial stressors.

[handwritten right margin: to busy on present]

We acknowledge that you may be experiencing some symptoms of stress, however, the medical records in file do not support an impairment that would render you totally disabled from performing the material and substantial duties of your regular occupation. Therefore, your claim for LTD benefits has been disallowed.

You have a right to appeal this decision. If you elect to do so, your appeal must be made in writing by you or your authorized representative. Your appeal must be submitted within 180 days of the date of your receipt of this letter. Your appeal should contain:

- the reasons that you disagree with our determination
- your name, policy number and social security number (or claim number)

- medical evidence or documentation to support your position

Evidence or documentation may include but not be limited to such materials as:

- copies of therapy treatment notes
- any additional treatment records from physicians
- actual test results (e.g. EMG, MRI)

You may submit with your appeal any written comments, documents, records and any other information relating to your claim.

The written appeal should be submitted to:

> Appeals Review Team
> Disability Management Services Claims Division
> P.O. Box 13480
> Philadelphia, PA 19101

A determination on your claim appeal will be made within 45 days of the receipt of your appeal request. This period may be extended by 45 days if special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision shall be furnished to you within the initial 45-day period. However if the Appeals Review Unit requests additional information from you and you fail to respond, this period of time may be extended until you provide the requested information.

If your appeal is denied, you may seek a second appeal. The same conditions and time frames for the first appeal will apply to the second appeal.

If our decision to deny benefits is upheld at the second level of appeal, you may file a voluntary third appeal. You are entitled to receive upon request, sufficient information to make a decision about filing this appeal. The same time frame for the first appeal will apply to the third appeal.

After completion of the first two levels of appeal, you may also file a lawsuit under the Employee Retirement Income Security Act (ERISA). ERISA allows you to file suit for policy benefits and reasonable attorney's fees. Your decision on whether to file a third appeal will not affect your rights to sue under ERISA.

Please contact MBNA regarding their appeal procedures.

If you have any questions, please contact me at (800) 842-1718, extension 5679.

Sincerely,

*Nicole Dauchert*

Nicole Dauchert
Senior Claims Examiner

# Personnel Policy
# MBNA Corporation

| Section | Policy Number | Page |
|---|---|---|
| EMPLOYMENT | 216 | 1 of 3 |

| Subject | Effective Date |
|---|---|
| JOB SECURITY | FEBRUARY 2000 |

| Applies To | Approved by |
|---|---|
| ALL PEOPLE OF MBNA CORPORATION (UNITED STATES ONLY) | |

## A. POLICY

MBNA seeks to provide a reasonable amount of job security for people who are unable to work. Job security may apply when a person is away from work due to an approved short-term disability, Family and Medical Leave Act (FMLA), hardship, or long-term disability leave. While every effort will be made to maintain a person's job grade, salary, and schedule, there is no guarantee for absences lasting longer than three months. Job security is cumulative in a rolling 12-month period and measured from the first day that a person is on leave. Position security, sector placement, or placement assistance may apply, depending on the length of time away from work, according to the chart below

### Job Security Chart

| Time Away from Work | Type of Placement | Time Frame | Job Security |
|---|---|---|---|
| Up to 3 months | Position Security (same job) | Immediately upon return to work | Yes |
| 3-6 months | Sector Placement (same division/sector) | Person is generally placed within two weeks after obtaining a return-to-work release. Person is paid during placement period. | Yes |
| 6-12 month | Placement Assistance | Person must secure a position within six months after obtaining a return-to-work release, or his or her employment will end. Person is in a no-pay status during this period. | No |
| 12 months + | None. Person may reapply | N/A | No |




## B. DEFINITIONS

1. **Position Security**
   A person's specific position will be held for a period of three months from the first


EXHIBIT
C#8

# Personnel Policy
# MBNA Corporation

| Section | Policy Number | Page |
|---|---|---|
| EMPLOYMENT | 216 | 2 of 3 |

| Subject | Effective Date |
|---|---|
| JOB SECURITY | FEBRUARY 2000 |

| Applies To | Approved by |
|---|---|
| ALL PEOPLE OF MBNA CORPORATION (UNITED STATES ONLY) | |

day of leave within a rolling 12-month period. A person may be returned to an equivalent position if compelling business needs have resulted in the person's job being filled. For business purposes, and with the approval of the Personnel director, a person's specific job may be held open for a period longer than three months.

2. **Sector Placement**
   If a person returns to work from a cumulative absence of between three and six months from the first day of leave within the rolling 12-month period, Personnel will facilitate one job placement within the sector, regardless of open complement or budgeted dollars. The placement decision will be made by the division head/group president without following the formal interview process. Placement should be completed within two weeks of the person's release to return to work. The department will fund placement time. Every attempt should be made to place the person in the same position and schedule; however, the person has no guarantee of receiving his or her previous job or schedule. Upon placement, a person is immediately eligible to participate in the job posting program.
   A person returning under sector placement will be placed into a position for which he or she meets the minimum qualifications. The position will be same grade level or lower than the previous position. The person will be eligible for merit increases when applicable. If a person declines the one job placement, he or she may be considered to have resigned employment.

3. **Placement Assistance**
   If a person returns to work between six and 12 months from the first day of leave within a rolling 12-month period, he or she will be placed in an unpaid, inactive employment status called "placement assistance" for up to six months. People in placement assistance status have no job security, but they may meet and work with Personnel and other divisions to identify and interview for possible job opportunities, including full participation in the job posting program. The person will be responsible for securing a position. If, at the end of six months, the person has been unsuccessful in securing a position, employment will end.

# Personnel Policy
# MBNA Corporation

| Section | Policy Number | Page |
|---|---|---|
| EMPLOYMENT | 216 | 3 of 3 |

| Subject | Effective Date |
|---|---|
| JOB SECURITY | FEBRUARY 2000 |

| Applies To | Approved by |
|---|---|
| ALL PEOPLE OF MBNA CORPORATION (UNITED STATES ONLY) | |

## C. COMMENTS

1. Job security is based on the length of time a person is on leave. All time away from work on short-term disability, FMLA, hardship, or long-term disability leave is cumulative in a rolling 12-month period.
   **Example:** A person is on short-term disability leave from 1/15/00 to 3/15/00. According to the chart on page one, the person will have *position security*. If the person is then on FMLA leave from 6/1/00 to 9/1/00, he or she will be eligible for *sector placement* upon returning to work.

2. Job security information for people on general leave can be found in Leave of Absence Without Pay, Personnel Policy No. 504.

3. Job security information for people on military leave can be found in Uniformed Services Leave and Reserve Duty Personnel Policy No. 508.

Job security information for people returning to work with medical restrictions can be found in Short-Term Disability, Personnel Policy No. 502.

**CLAIMANT/EMPLOYER SEPARATION STATEMENT** | LIABLE STATE | **DELAWARE**

PART I. CLAIMANT'S STATEMENT

1. NAME: R Fox
2. Names worked under (if different): ___

3. SOCIAL SECURITY NUMBER: ___-_7-0005
   OTHER SSA # WORKED UNDER: ___

4. ENTER NAME AND ADDRESS OF EMPLOYER (Include Street or Box No., City, State, Zip Code) — OTHER REASON

   MBNA Information SRVCS
   Personnel Dept MS 0248
   1100 North King St
   Wilmington, DE 19884

   (circled: "I won this case")

   NOTICE TO CLAIMANT: Your employer will receive a copy of this form.

5. TYPE OF WORK: Audit Clerk
6. LAST PERIOD OF WORK: 3-3-04 — started short-term — terminated
   BEGAN: ___  ENDED: 08/10/04
7. HOURS OF WORK: ___
8. FINAL RATE OF PAY: $822.40 per week — 75% Disability
9. NO. OF DAYS PER WEEK: 5
10. GROSS EARNINGS FOR LAST PERIOD OF WORK (Item 6): $945.76 — 75% Dis Pay
11. IMMEDIATE SUPERVISOR (Name): Jim Delco — (Title): Quality manger
12. I ☐ am ☐ am not the major support of my household.
13. I am no longer employed with this employer because: ☐ lack of work ☐ quit ☒ discharged by MBNA
14. I ☐ quit ☒ was discharged because: (give full details) I was Discrimated Against for a Mental Illness - I'am getting A Laywer - I am + was under Doctor's care + on Short-term - Disability when they stopped my pay + said I abandoned my Job. (I was Asleep in a house Fire + almost Died) I went to work 2-04 + was teased about my clothes. 1-30-04 — I tried Doctors pulled me out of work 3-3-04 to stabilize
15. What did you do to resolve the problem? I'AM going to the News papers + taking them (MBNA) to court to Fight For my rights, Job + to support my two children. I AM Backed By my Doctor + Consueler
    → I've been in court (Jury trial) to fight for child support (It's been A year)

16. CERTIFICATION: I have made this statement for the purpose of obtaining unemployment insurance, knowing that the law provides penalties for false statements or withholding of facts.
    SIGNATURE OF CLAIMANT: ___   DATE: ___

CLAIMANT: DO NOT WRITE BELOW THIS LINE

17. MAILING DATE: 8-18-04
18. AGENT STATE/REP: M Inglis-Phillips
19. AGENT STATE FIPS: 10
20. L.O. NO.: 0000

**NOTICE TO EMPLOYER** — The individual named above has filed a claim for unemployment benefits against the State marked below. You, as an interested employer, are entitled to notification of filing. If you desire an appointment to appear in person, contact your local employment office. Please complete the reverse side and include facts known to you, which may affect this claimant's eligibility for benefits. Your reply MUST BE ☒ received ☐ mailed ☐ postmarked within 7 ☐ calendar ☒ work days of the mailing date shown in item 17 above, to the address identified below.

I had no way to make copies or $ to pay to make copies - This + my Disorder Delayed me

MAIL REPLY TO:
DIVISION OF UNEMPLOYMENT INSURANCE
Interstate Liable Unit
Delaware Department of Labor
P.O. Box 9952
Wilmington, DE 19809-0952
Fax # 302-761-6654

State Name and Code: ___

IB-3 (page 1)
Document 60-06/00/10/03

**PENSION**

If you are eligible to participate in the MBNA Corporation Pension Plan and you have 5 years of vesting service, you will be notified of your pension options within 90 days of your termination date. At that time you will be informed of both how much you are eligible to receive and when you can receive it.

**TAXES**

A W-2 form will be mailed to you after the end of the calendar year. Remember contributions for medical, dental, vision, 401(k), and flexible spending accounts will not be included as taxable income for federal tax purposes. If you receive a distribution from the 401(k) Plus Savings Plan or the Pension Plan during the year, a 1099-R will be sent after the end of the calendar year.

**ADDRESS CHANGE**

In order to ensure proper mailing of your documents and/or disbursements, please notify the Benefits Department of any changes in your address. This can be done by sending a signed letter to:

> MBNA Corporation
> Benefits Department
> 1100 King Street
> Wilmington, DE 19884-0233

If you have any additional questions that have not been addressed in this letter, please feel free to contact the Benefits Department at (302) 453-2401. Best wishes in your future endeavors.

Sincerely,

Benefits Department

## Short-Term Disability Pay and Job Security Status Summary

Short-Term Disability Pay
Short-Term Disability pay is based on length of service as outlined in the chart below. Family and Medical Leave (FMLA) is generally unpaid, unless it is running concurrently with Short-Term Disability or another form of paid leave.

| Length of Service | Pay Status |
|---|---|
| Less than 1 year | Up to 26 weeks of Short-Term Disability at 75% of your base pay* |
| 1 year, but less than 5 years | One week of Short-Term Disability at 100% of base pay* for every completed year of service; after that, 75% of base pay* during the remainder of the disability, up to 26 weeks. |
| 5 or more years | Up to 26 weeks of Short-Term Disability at 100% of your base pay* |

*Plus shift differential, if applicable.

Note: The above chart refers to compensation for full-time and prime-time people for medically authorized disabilities.

Job Security Status
For an MBNA person returning from Short-Term Disability and/or FMLA leave, MBNA will provide job security, depending on the length of the disability period. The disability period is cumulative over the 12-month period beginning on the first date of Short-Term Disability/FMLA. While every effort will be made to maintain your job grade, salary, and schedule, there is no guarantee for disability periods lasting longer than three months. You will be given the opportunity to secure a position with guidance from Personnel and other division managers, who will help you identify possible openings and coordinate interviews. Please refer to the following chart for your job security status.

| Disability Period | Type of Placement | Time Frame | Pay Status |
|---|---|---|---|
| Up to 3 months | Position security (same job) | Immediate upon release to return. | Paid during placement |
| 3 to 6 months | Sector placement (same division or sector) | Placed within approximately two weeks of release to return. | Paid during placement |
| 6 to 12 months | Placement assistance | Must secure a position within six months of release to return, or employment ends. | Not paid during placement |
| 12 months or more | None (Person may reapply.) | None | Not paid (core benefits continue if approved for long-term disability) (See Personnel Policy 503.) |

If you are unsuccessful in finding a position at the end of the placement-assistance period, you will be considered to have resigned on the date your placement-assistance period ends.

If you have questions about this or any other Personnel or Compensation policies, please contact your manager or Person generalist.

## Short-Term Disability and FMLA Leave Benefits Summary

The table below illustrates your benefits coverage during a period of approved Short-Term Disability and Family and Medical Leave Act (FMLA). If you are approved for paid Short-Term Disability that runs concurrently with unpaid FMLA, the Short-Term Disability column applies. The benefits described apply to full-time and prime-time people. Most of the benefits addressed are not available to part-time people.

| Benefit | Short-Term Disability | FMLA – Unpaid (1) |
| --- | --- | --- |
| Medical, Dental, Vision | Coverage continues. Contribution continues via payroll deduction. (1) | Coverage continues for 90 days at current rate. After 90 days, continuation coverage under COBRA is available. |
| Healthcare Flexible Spending Account | Coverage continues. Contribution continues via payroll deduction. | Coverage and contributions continue for 90 days at current rate. After 90 days, coverage under COBRA is available. |
| Dependent Care Flexible Spending Account | Coverage continues. Contribution continues via payroll deduction. | Coverage ends day leave begins. Can be reimbursed only for expenses incurred before starting date of your leave. |
| Personal Life Insurance (basic & supplemental) | Coverage continues at predisability level. Contribution continues via payroll deduction. | Coverage and contribution continue for 90 days, after which you can purchase a conversion policy. (2) |
| Dependent Life | Coverage continues at predisability level. Contribution continues via payroll deduction. | Coverage and contribution continue for 90 days, after which you can purchase a conversion policy. (2) |
| Personal Accident Insurance | Coverage continues at predisability level. Contribution continues via payroll deduction. | Coverage and contribution continue until the last day of the month in which the leave commences. |
| Long-Term Disability | Coverage continues at predisability level. Contribution continues via payroll deduction. | Coverage and contribution continue until the last day of the month following the month in which the leave commences, after which a conversion policy may be available. (2) |
| 401(k) Plan | Additional contributions are permitted to the extent of current actual earnings. You are able to continue to take loans and in-service withdrawals. | No contributions are permitted since leave is without pay. Repayments on outstanding loans are required quarterly. |
| Pension Plan | You will continue to accrue vesting and benefit service. | You will continue to accrue vesting and benefit service. |

If you have any questions regarding your benefits while on leave, please call the Benefits Hot Line at (302) 453-2401. For a complete description of your benefits coverage during a period of leave, see your *MBNA Guide to Employment and Benefits* and applicable plan documents and contracts.

Notes:

(1) If your pay while on Short-Term Disability leave is not large enough to cover the cost to continue your benefits, you will need to mail payment. This will also need to be done if you are on an unpaid FMLA leave. You should contact the Benefits Hot Line at (302) 453-2401 in these instances.

(2) You have 30 days from the time your group coverage ends to apply for a conversion policy. Please call the Benefits Hot Line at (302) 453-2401 for additional conversion information.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06-488

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Robin Lynn Fox

### DEFENDANTS
MBNA America Bank

(b) County of Residence of First Listed Plaintiff: Cecil, MD
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
P.O. Box 231
Conowingo, MD 21918
443-309-6058

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §2000e-5(g)
Brief description of cause: Wrongful Termination

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: 8-7-06
SIGNATURE OF ATTORNEY OF RECORD: Robin Lynn Fox

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE