9-22-06

The District Court of Delaware

Civil Action No. 06-488-SLR

This is in reference to the letter from MBNA's lawyers Sheldon Sandler and Elena Marcuss requesting my case to be dismissed.

Per my filing on 8-7-06, EOC letter was refered as letter pending. Subsequent conversation with Ms Joan Butter of EEOC said I would be receiving a letter soon. Also my case was refered to their investigator Mr. Bill Busund, I've been corasponding with him and my case is active and in the works. My Inquiry # with EEOC is 120-2004-05667.

MBNA's lawyers also state that I did not provide a day or month on my charge - The charge does have a month and year. The reason I didn't know what day to put is because I have several different documations stating differt days in 8-04 that I was terminated.

I aske the court to please keep this case active and EEOC will be in contact and sending letters soon.

God Bless

Robin L. Joy

CC: Sent copy to
Young Conaway Stargatt
P.O. Box 391
Wilmington, DE 19899-0391

Stanned- BD 9/26/06

