## YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | THE BRANDYWINE BUILDING | LISA A. ARMSTRONG | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | JANET Z. CHARLTON | 1000 WEST STREET, 17TH FLOOR | GREGORY J. BABCOCK | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | ROBERT S. BRADY | WILMINGTON, DELAWARE  19801 | JOSEPH M. BARRY | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | JOEL A. WAITE | | SEAN M. BEACH | JOSEPH A. MALFITANO |
| FREDERICK W. IOBST | BRENT C. SHAFFER | P.O. BOX 391 | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| RICHARD H. MORSE | DANIEL P. JOHNSON | WILMINGTON, DELAWARE  19899-0391 | TIMOTHY P. CAIRNS | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | CRAIG D. GREAR | | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | (302) 571-6600 | MARGARET M. DIBIANCA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | (800) 253-2234 (DE ONLY) | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | FAX: (302) 571-1253 | ERIN EDWARDS | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | C. BARR FLINN | | KENNETH J. ENOS | ADAM W. POFF |
| ANTHONY G. FLYNN | NATALIE WOLF | | IAN S. FREDERICKS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | LISA B. GOODMAN | 110 WEST PINE STREET | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | P.O. BOX 594 | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | GEORGETOWN, DELAWARE  19947 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | (302) 856-3571 | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | (800) 255-2234 (DE ONLY) | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | FAX: (302) 856-9338 | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | WWW.YOUNGCONAWAY.COM | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | DIRECT DIAL: 302-571-6673 | KAREN LANTZ | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | DIRECT FAX:  302-576-3330 | | |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | ssandler@ycst.com | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | NORMAN M. POWELL | | ELENA C. NORMAN | |
| | | | KAREN L. PASCALE | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

September 27, 2006

**BY EFILE**

The Honorable Sue L. Robinson
Chief Judge, United States District Court
844 North King Street, Room 6214
Lock Box 31
Wilmington, DE 19801

Re:   **Robin Fox v. MBNA America Bank, N.A.**
      **C.A. No. 06-488-SLR**

Dear Judge Robinson:

In response to Ms. Fox's letter dated September 22, 2006, please be advised that, unless Your Honor would like to receive a formal pleading in response, the Defendant does not intend to submit a formal reply. Ms. Fox's letter simply confirms the correctness of Your Honor's ruling, since she again states that as yet, she has not received a right-to-sue letter from the Equal Employment Opportunity Commission.

Respectfully yours,

Sheldon N. Sandler

SNS:sde
cc:   Elena D. Marcuss, Esquire
      Brooke Bashore-Smith, Esquire
      Robin Lynn Fox

DB02:5535326.1                                                                009626.1049